**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHSEN AHMADI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DELEK US HOLDINGS, INC.; ALON WEST COAST, LLC; PARAMOUNT PETROLEUM CORPORATION; AND DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No. CV 18-8957-GW-SSx<br><br>Honorable George H. Wu<br><br>**ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE** |

　　　Having reviewed the Parties' Joint Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that this entire action is dismissed with prejudice in its entirety with each party to bear his/its own respective costs and fees.

**IT IS SO ORDERED.**

Dated: March 28, 2019　　　　By: _/s/ George H. Wu_____
　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　United States District Judge

-1-
[PROPOSED] ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE
Case No: 2:18-cv-08957-GW-SS